BOND v. ERIE R. CO. (Supreme Court, Appellate Division, First Department. December 11, 1908.) Appeal from Special Term. Action by Ida M. Bond against the Erie Railroad Company. From an order allowing plaintiff to serve an amended complaint, defendant appeals. Modified and affirmed. Ogden J. Mills, for appellant. George H. Mitchell, for respondent.

PER CURIAM. The order appealed from should be modified, so that the second clause of said order should read: "Ordered that the cause retain its place upon general calendar

No. 1 for the trial of issues of fact according to its old date of issue and without the necessity of a new note of issue." As so modified, the order should be affirmed, with $10 costs and disbursements to the respondent.

